### Commonwealth *v.* Carmichael, Appellant.

Submitted April 10, 1972. *Timothy J. Sullivan, Jr.* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.